IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| EDMUNDO R. ROSALES ) | |
| ) | |
| Plaintiff (s) ) | |
| vs. ) | Civil No. 06-0342-CV-W-DW |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant (s) ) | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED THAT**: Rosales's section 2255 motion (Doc. 1) is **DENIED**. Further, the Court DECLINES to issue a certificate of appealability on any of the claims raised in the motion.

PATRICIA L. BRUNE, CLERK

Date: July 18, 2006        By: /s/ Y. Johnson
                                Deputy Clerk